FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

March 3, 2022

No. 04-21-00149-CV

Nasser **NAKISSA**,
Appellant

v.

Sarah E. **MENCHACA**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-19593
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

On January 28, 2022, we struck appellant's brief for failing to comply with requirements of the Texas Rules of Appellate Procedure. *See, e.g.*, TEX. R. APP. P. 38.1. We ordered appellant to file an amended brief that fully complied with the applicable rules. *See id.* R. 9.4, 9.5, 38.1.

On March 2, 2022, appellant timely filed an amended brief, but it does not fully comply with the applicable rules. For example, the brief does not identify appellee's counsel, and there are no citations to the appellate record or to applicable legal authority. *See id.* R. 38.1(a), (g), (i). The brief also does not contain "a clear and concise argument for the contentions made." *See id.* R. 38.1(i). Finally, while appellant's brief states that its appendix contains "[r]eceipts for the certificate of service to the Appellee's Attorney," there is no certificate of service or other indication that appellant served the brief on appellee. *See id.* R. 9.5(d), (e). Due to these defects, the amended brief does not include Rule-compliant versions of the following:

- list of parties and counsel;
- statement of facts;
- argument; or
- certificate of service.

*See id.* R. 9.5, 38.1.

We recognize appellant is acting pro se on appeal. But "a pro se litigant is held to the same standards as licensed attorneys and must comply with applicable laws and rules of

procedure." *Strange v. Cont'l Cas. Co.*, 126 S.W.3d 676, 677 (Tex. App.—Dallas 2004, pet. denied).

Nevertheless, despite the amended brief's defects, we are not ordering appellant to file a second amended brief. However, the submission panel may determine that appellant has waived one or more issues due to inadequate briefing if the noted deficiencies are not corrected prior to submission. *See Canton-Carter v. Baylor Coll. of Med.*, 271 S.W.3d 928, 931 (Tex. App.—Houston [14th Dist.] 2008, no pet.) (briefing waiver).

Appellees' brief is due on April 1, 2022. *See* TEX. R. APP. P. 38.6(b).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of March, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court